# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Kyle R. Tognan, Esq. Attorney ID: 128372014
**MAGGS McDERMOTT & DiCICCO, LLC**
Allaire Corporate Center
3349 Highway 138, Building C, Suite D
Wall, New Jersey 07719
Phone: (732) 223-9870
Fax: (732) 223-7367
*Attorneys for Plaintiff, The Plastic Surgery Center, P.A.*
Our File No. 3329.0394

| | |
|---|---|
| THE PLASTIC SURGERY CENTER, P.A.,<br><br>                              Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, MEDICAL AUDIT & REVIEW SOLUTIONS, INC., XYZ CORPS. 1-10,<br><br>                              Defendants. | No.: 3:23-cv-03432<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the above-referenced action is hereby dismissed, with prejudice, as to all parties, without the payment of court costs by any party to any other party.

By: *s/Kyle R. Tognan*_____
   Kyle R. Tognan, Esq.
   **MAGGS McDERMOTT & DiCICCO, LLC**
   Allaire Corporate Center
   3349 Highway 138, Building C, Suite D
   Wall, NJ 07719
   Phone: 732-223-9870
   ktognan@maggslawnj.com
   *Attorneys for Plaintiff, The Plastic Surgery Center, P.A.*

...

By: */s Francis X. Manning*_____
   Francis X. Manning, Esquire
   **STRADLEY RONON STEVENS & YOUNG, LLP**
   2005 Market Street, Suite 2600
   Philadelphia, PA 19103
   Phone: 215-564-8663
   rnorcia@stradley.com
   *Attorneys for Defendant, UnitedHealthcare Insurance Company.*


By: *s/Taylor Crousillac*_____
   Taylor Crousillac, Esquire
   **PHELPS DUNBAR, LLP**
   II City Plaza, 400 Convention Street
   Suite 1100
   Baton Rouge, LA 70802
   Phone: 225-376-0219
   Taylor.crousillac@phelps.com
   *Attorneys for Defendant, Medical Audit & Review Solutions, Inc.*