IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Kyle R. Tognan, Esq. Attorney ID: 128372014
**MAGGS McDERMOTT & DiCICCO, LLC**
Allaire Corporate Center
3349 Highway 138, Building C, Suite D
Wall, New Jersey 07719
Phone: (732) 223-9870
Fax: (732) 223-7367
*Attorneys for Plaintiff, The Plastic Surgery Center, P.A.*
Our File No. 3329.0394

| THE PLASTIC SURGERY CENTER, P.A., <br><br> Plaintiff, <br><br> vs. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, MEDICAL AUDIT & REVIEW SOLUTIONS, INC., XYZ CORPS. 1-10, <br><br> Defendants. | No.: 3:23-cv-03432 <br><br> CIVIL ACTION <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the above-referenced action is hereby dismissed, with prejudice, as to all parties, without the payment of court costs by any party to any other party.

By: *s/Kyle R. Tognan*
    Kyle R. Tognan, Esq.
    **MAGGS McDERMOTT & DiCICCO, LLC**
    Allaire Corporate Center
    3349 Highway 138, Building C, Suite D
    Wall, NJ 07719
    Phone: 732-223-9870
    ktognan@maggslawnj.com
    *Attorneys for Plaintiff, The Plastic Surgery Center, P.A.*

So ordered this 24th day of April, 2024.

Robert Kirsch, U.S.D.J.

By: /s Francis X. Manning
    Francis X. Manning, Esquire
    **STRADLEY RONON STEVENS & YOUNG, LLP**
    2005 Market Street, Suite 2600
    Philadelphia, PA 19103
    Phone: 215-564-8663
    rnorcia@stradley.com
    *Attorneys for Defendant, UnitedHealthcare Insurance Company.*

By: s/Taylor Crousillac
    Taylor Crousillac, Esquire
    **PHELPS DUNBAR, LLP**
    II City Plaza, 400 Convention Street
    Suite 1100
    Baton Rouge, LA 70802
    Phone: 225-376-0219
    Taylor.crousillac@phelps.com
    *Attorneys for Defendant, Medical Audit & Review Solutions, Inc.*